IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | No. 3:22-CR-19-CAR-CHW-1 |
| : | |
| RANDY EUGENE COFIELD, : | |
| : | |
| Defendant. : | |

## ORDER ON JOINT MOTION TO CONTINUE TRIAL

Before the Court is the Government's Joint Motion to Continue [Doc. 17] the pretrial hearing in this case presently scheduled for January 11, 2023, and the trial, which is set to begin on January 23, 2023, in Athens, Georgia. On August 9, 2022, the Grand Jury returned a two-count indictment charging Defendant with bank robbery of the United States. On November 28, 2022, Defendant was arrested, appointed counsel, pled not guilty at his arraignment, and was detained pending trial. This is the first request for a continuance in this case, and the parties jointly request it.

In the Motion, the Government states additional time is needed for the parties to meaningfully review the materials, investigate the charges, formulate a defense, file any pretrial motions, and engage in plea negotiations. Moreover, on November 2, 2022, Defendant consented to transfer jurisdiction, and a resolution in this case requires counsel for the Government to confer with Government counsel in the Northern District of Alabama. Having considered the matter, the Court finds it serves the ends of justice to grant the parties adequate time to address these matters. The ends of justice served by

1

granting a continuance outweigh the interests of Defendant and the public in a speedy trial. Failure to grant a continuance would deny counsel reasonable time for effective preparation and could result in a miscarriage of justice.  Thus, the Government's Joint Motion to Continue Trial [Doc. 17] is **GRANTED**, and **IT IS HEREBY ORDERED** that this case be continued until March 13, 2023, the next term of Court for the Athens Division. The delay occasioned by this continuance shall be deemed excludable pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161.

    **SO ORDERED,** this 20th day of December, 2022.

S/ C. Ashley Royal\_\_\_
C. ASHLEY ROYAL, SENIOR JUDGE
UNITED STATES DISTRICT COURT
