IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | |
| | : | No. 3:22-CR-19-CAR-CHW-1 |
| RANDY EUGENE COFIELD, | : | |
| | : | |
| Defendant. | : | |
| | : | |

**ORDER ON UNOPPOSED MOTION TO CONTINUE TRIAL**

Before the Court is Defendant Randy Eugene Cofield's Unopposed Motion to Continue [Doc. 21] the pretrial hearing in this case presently scheduled for March 8, 2023, and the trial, which is set to begin on April 3, 2023, in Athens, Georgia. On August 9, 2022, the Grand Jury returned a two-count indictment charging Defendant with bank robbery of the United States. On November 28, 2022, Defendant was arrested, appointed counsel, pled not guilty at his arraignment, and was detained pending trial. This is Defendant's third request for a continuance in this case, and the Government does not oppose it.

In the Motion, defense counsel states Defendant is listed in two case before the Court: 3:22-CR-19, the originally-issued case based on an indictment filed in the Middle District of Georgia, and 3:22-CR-26, the case opened by the Clerk's office after Defendant's Rule 20 paperwork was received from the Northern District of Alabama. Counsel states the parties had experienced some complications with discovery, and it appears those complications have now been resolved. But defense counsel needs

1

additional time to review the discovery, actively investigate the case, discuss information obtained from the investigation with Defendant, and to complete plea negotiations, if applicable.

Having considered the matter, the Court finds it serves the ends of justice to grant the parties adequate time to address these matters. The ends of justice served by granting a continuance outweigh the interests of Defendant and the public in a speedy trial. Failure to grant a continuance would deny counsel reasonable time for effective preparation and could result in a miscarriage of justice. Thus, Defendant's Unopposed Motion to Continue Trial [Doc. 21] is **GRANTED**, and **IT IS HEREBY ORDERED** that this case be continued until June 12, 2023, the next term of Court for the Athens Division. The delay occasioned by this continuance shall be deemed excludable pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161.

**SO ORDERED,** this 24th day of February, 2023.

S/ C. Ashley Royal
C. ASHLEY ROYAL, SENIOR JUDGE
UNITED STATES DISTRICT COURT