# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# ATHENS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>v.<br><br>**RANDY EUGENE COFIELD,**<br><br>   *Defendant.* | **CRIMINAL ACTION NO.**<br>**3:22-cr-00019-TES-CHW-1** |

## ORDER ON DEFENDANT'S UNOPPOSED MOTION TO CONTINUE TRIAL IN THE INTERESTS OF JUSTICE

Before the Court is Defendant Randy Eugene Cofield's Unopposed Motion to Continue [Doc. 24] the pretrial conference scheduled for April 25, 2023. [Doc. 24, p. 1]. On August 9, 2022, the Grand Jury returned an indictment charging Defendant with two counts of bank robbery in violation of 18 U.S.C. § 2113(a). [Doc. 1]. On November 28, 2022, Defendant was arrested, appointed counsel, pled not guilty at his arraignment, and was detained pending trial. [Doc. 9]; [Doc. 12]; [Doc. 13]; *see also* [Doc. 24, p. 1]. This is Defendant's fourth request for a continuance.

According to Defendant's motion, there were discovery complications in this case. [Doc. 24, p. 1]. However, they "now appear[] to be resolved[,]" and Defendant states that his attorney "needs additional time to investigate one issue effecting potential enhancements that may apply at sentencing and to finalize plea negotiations." [*Id.*]. For that reason, Defendant is only requesting an additional 30 days so that his

attorney may conclude her investigation and finalize plea negotiations. [*Id.*]. As requested, the Court excuses Defendant from the pretrial conference set for April 25, 2023. However, to the extent Defendant seeks a continuance to the Court's next regularly scheduled Trial Term, his motion is **DENIED**. *See* [*id.* at p. 2]. The Court schedules this case for trial during its June 2023 Trial Term to begin the week of June 19, 2023.

    **SO ORDERED**, this 13th day of April, 2023.

                                                S/ Tilman E. Self, III
                                                **TILMAN E. SELF, III, JUDGE**
                                                **UNITED STATES DISTRICT COURT**